**Paul E. SHOPE, Appellant, v. Lacy WILLIAMS, Appellee.**

No. 4344.

Circuit Court of Appeals, Fourth Circuit.

June 16, 1938.

T. X. Parsons, of Roanoke, Va., and Walsh & Waddell, of Charlottesville, Va., for appellant.

Wm. Eskridge Duke, Anna E. Dinwiddie, and Duke & Duke, all of Charlottes-

1014

ville, Va., and John W. Carter, Jr., of Danville, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.